UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORI SANBORN, on behalf of herself and all others similarly situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**VIRIDIAN ENERGY, INC.,**<br><br>    **Defendant.** | Case No. 3:14-cv-01731 (SRU)<br><br>** Oral Argument Requested ** |

## DEFENDANT VIRIDIAN ENERGY, LLC'S
## MOTION TO DISMISS THE COMPLAINT

Defendant Viridian Energy, Inc. ("Viridian"), by and through its attorneys, Kelley Drye & Warren LLP, respectfully move this Court for an order pursuant to FRCP 12(b)(6) dismissing all counts set forth in Plaintiff's Complaint. (ECF 1). The grounds for this motion are set forth in the accompanying memorandum of law submitted herewith.

Dated:  January 12, 2015

Respectfully submitted,

THE DEFENDANT
VIRIDIAN ENERGY, INC.

*/s/ James E. Nealon*
James E. Nealon (ct08161)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile: (203) 327-2669
jnealon@kelleydrye.com

OF COUNSEL:

Joseph A. Boyle, Esq.
Lauri A. Mazzuchetti, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:  (973) 503-5900
Facsimile:  (973) 503-5950
LMazzuchetti@kelleydrye.com
JBoyle@kelleydrye.com

-- and --

Daniel S. Blynn, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone:  (202) 342-8634
Facsimile:  (202) 342-8451
DBlynn@kelleydrye.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, a copy of the foregoing Motion to Dismiss and Memorandum of Law in support of the same were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ James E. Nealon* (ct08161)