UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORI SANBORN, on behalf of herself and all others similarly situated,**<br><br>          **Plaintiff,**<br>    v.<br><br>**VIRIDIAN ENERGY, INC.,**<br><br>          **Defendant.** | Case No. 3:14-cv-01731 |

MOTION FOR ADMISSION OF
VISITING ATTORNEY ELIZABETH D. SILVER

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, Elizabeth D. Silver, Esq., a member of the Bar of this Court and an associate with the law firm of Kelley Drye & Warren LLP, respectfully moves this Court for an Order admitting Elizabeth D. Silver, Esq. as a visiting attorney on behalf of Defendant Viridian Energy, Inc. ("Viridian").  In further support of the motion, the undersigned represents the following:

1.      Viridian has retained Attorney Elizabeth D. Silver to represent it in this matter and other matters related to this proceeding.  Attorney Silver's contact information is as follows:

>    Elizabeth D. Silver
>    KELLEY DRYE & WARREN LLP
>    One Jefferson Road, 2nd Floor
>    Parsippany, NJ 07054
>    Tel: (973) 503-5900
>    Fax: (973) 503-5950
>    Email: ESilver@KelleyDrye.com

2.      Attorney Silver is a member in good standing of the bar of the States of New Jersey and New York.  She is also is admitted to practice before the United States District Courts

for the District of New Jersey, and the Southern and Eastern Districts of New York. Attorney Silver has not been denied admission or disciplined by any court to the best of her knowledge. There are no disciplinary actions pending against her.

      3.     Attorney Silver has executed an affidavit in connection with this motion which has been attached hereto as <u>Exhibit A</u>. The affidavit provides additional details concerning her practice as required by Local Rule 83.1(d).

      4.     The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at proceedings. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Attorney Silver.

      WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Elizabeth D. Silver, Esq. permission to appear as a visiting attorney in this matter.

Respectfully submitted,

*/s/ James E. Nealon*

James E. Nealon (CT 08161)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, CT 06901
Tel: (203) 324-1400
Fax: (203) 327-2669
E-mail: jnealon@kelleydrye.com

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James E. Nealon (CT08161)
James E. Nealon

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORI SANBORN, on behalf of herself and all others similarly situated,**<br><br>　　　　　**Plaintiff,**<br>　v.<br><br>**VIRIDIAN ENERGY, INC.,**<br><br>　　　　　**Defendant.** | Case No. 3:14-cv-01731 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
OF VISITING ATTORNEY ELIZABETH D. SILVER, ESQ.**

STATE OF NEW JERSEY　)
　　　　　　　　　　　) ss:
COUNTY OF MORRIS　　)

　　　　Elizabeth D. Silver, being duly sworn, deposes and states the following:

　　　　1.　　I am an attorney with the law firm of Kelley Drye & Warren LLP, with an office address of One Jefferson Road, 2nd Floor, Parsippany, NJ 07054.  The telephone number is (973) 503-5900, the facsimile number is (973) 503-5950, and my email address is ESilver@kelleydrye.com.

　　　　2.　　I have been retained by Defendant Viridian Energy, Inc. ("Viridian") to provide legal representation in connection with the above-referenced case.

　　　　3.　　Pursuant to D. Conn. L. Civ. R. 83.1(c), James E. Nealon of the law firm of Kelley Drye & Warren LLP with offices at 400 Atlantic Street, Stamford, CT 06901 will serve as my local counsel.

　　　　4.　　I am a member in good standing of the bar of the States of New Jersey (Bar No. 038302004) and New York (Bar No. 4315339).  I have also been admitted to practice before the

1

United States District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut (the "Local Rules"), the Federal Rules of Civil Procedure and the Connecticut Rules of Professional Conduct. I will abide by and comply with the substantive and procedural requirements of the Local Rules and the administrative orders of this Court.

8. I designate James E. Nealon of Kelley Drye & Warren LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my visiting attorney admission, and he has agreed to assume that responsibility.

9. I will promptly file with the Clerk of the Court a certificate of good standing from the Bar of the State of New Jersey, which is where I have my primary office.

_____
Elizabeth D. Silver

Sworn to before me this
23rd day of January, 2015
_____

**CHRISTINE VIZZACCHERO**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES 3-7-2018**

2

**EXHIBIT B**

**PROPOSED FORM OF ORDER**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORI SANBORN, on behalf of herself and all others similarly situated,**<br><br>              **Plaintiff,**<br>    **v.**<br><br>**VIRIDIAN ENERGY, INC.,**<br><br>              **Defendant.** | **Case No. 3:14-cv-01731** |

## ORDER ON MOTION FOR ADMISSION OF <u>VISITING ATTORNEY ELIZABETH D. SILVER</u>

AND NOW, upon consideration of the Motion by James E. Nealon for Admission of a Visiting Attorney in the above captioned bankruptcy case (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED, that Elizabeth D. Silver, Esq. of Kelley Drye & Warren LLP is admitted as visiting attorney to represent Defendant Viridian Energy, Inc., and that sponsoring counsel, James E. Nealon of Kelley Drye & Warren LLP, is excused from attendance at all proceedings but not from any other obligations or responsibilities.

SO ORDERED this ____ day of _____, 2015

                                                                  _____
                                                                  The Honorable Stefan R. Underhill
                                                                  United States District Court Judge