UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>　　　　　Defendant. | No. 3:14-cv-01731 (SRU)<br><br><br><br><br>March 19, 2015 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY DANIEL S. BLYNN

Pursuant to D. Conn. L. Civ. R. 83.1(d), Patrick McHugh, Esq., a member of the Bar of this Court, respectfully moves the Court for an Order admitting Daniel S. Blynn, Esq. as a visiting attorney on behalf of Defendant Viridian Energy, Inc. ("Viridian").  In further support of the motion, the undersigned represents the following:

1.　　Viridian has retained Mr. Blynn to represent it in this matter and other matters related to this proceeding.  Mr. Blynn's contact information is as follows:

>  Daniel S. Blynn
>  Venable LLP
>  575 7th Street, NW
>  Washington, DC 20004
>  Telephone: (202) 344-4619
>  Facsimile: (202) 344-8300
>  Email: dsblynn@venable.com

2.　　Mr. Blynn is a member of good standing of the bars of the District of Columbia and Maryland.  He also is admitted to practice before the United States District Courts for the District of Columbia, District of Maryland, and Central District of Illinois; the United States Courts of Appeals for the First, Second, Ninth, and District of Columbia Circuits, and the United States

1

Supreme Court. Mr. Blynn has not been denied admission to or been disciplined by any court to the best of his knowledge. There are no disciplinary actions pending against him.

3. Mr. Blynn has executed an affidavit in connection with this Motion, which is attached hereto as Exhibit "A." The affidavit provides additional details concerning his practice as required by Local Rule 83.1(d). A true and correct copy of Mr. Blynn's certificate of good standing for the bar of the District of Columbia, the bar in which Mr. Blynn has his primary office, is attached hereto as Exhibit "B," the original of which shall be filed with the Court. A proposed form order for the granting of the motion sought hereby is attached as Exhibit "C."

4. The undersigned respectfully requests that, pursuant to Local Rule 83.1(d), in the event that this Motion is granted, he be excused from attendance at proceedings. In accordance with Local Rule 83.1(c), the undersigned agrees to accept service on behalf of Mr. Blynn.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Daniel S. Blynn permission to appear as a visiting attorney in this matter.

Dated: March 19, 2015                    Respectfully submitted,

                              By:    /s/ Patrick J. McHugh
                                     Patrick J. McHugh (ct14072)
                                     LAW OFFICES OF PATRICK McHUGH
                                     2425 Post Road, Suite 205
                                     Southport, CT  06890
                                     Telephone: (203) 955-1702
                                     Facsimile: (203) 286-1741
                                     pmchugh@patrickmchughlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                          By:    /s/ Patrick J. McHugh
                                    Patrick J. McHugh