UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC, and STEPHANIE SILVER, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>              Defendant. | No. 3:14-cv-01731 (SRU) |

**MOTION FOR ADMISSION OF VISITING ATTORNEY SHAHIN O. ROTHERMEL**

Pursuant to D. Conn. L. Civ. R. 83.1(d), Patrick McHugh, Esq., a member of the Bar of this Court, respectfully moves the Court for an Order admitting Shahin O. Rothermel, Esq. as a visiting attorney on behalf of Defendant Viridian Energy, Inc. ("Viridian").  In further support of the motion, the undersigned represents the following:

1.     Viridian has retained Ms. Rothermel to represent it in this matter and other matters related to this proceeding.  Ms. Rothermel's contact information is as follows:

> Shahin O. Rothermel
> Venable LLP
> 575 7th Street, NW
> Washington, DC 20004
> Telephone: (202) 344-4550
> Facsimile: (202) 344-8300
> Email: sorothermel@venable.com

2.     Ms. Rothermel is a member of good standing of the bar of the District of Columbia.  Ms. Rothermel has not been denied admission to or been disciplined by any court to the best of her knowledge.  There are no disciplinary actions pending against her.

3. Ms. Rothermel has executed an affidavit in connection with this Motion, which is attached hereto as Exhibit "A." The affidavit provides additional details concerning her practice as required by Local Rule 83.1(d).

4. The undersigned respectfully requests that, pursuant to Local Rule 83.1(d), in the event that this Motion is granted, he be excused from attendance at proceedings. In accordance with Local Rule 83.1(c), the undersigned agrees to accept service on behalf of Ms. Rothermel.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Shahin O. Rothermel permission to appear as a visiting attorney in this matter.

Dated: August 3, 2015                           Respectfully submitted,

                                                                         By:   /s/ Patrick J. McHugh
                                                                             Patrick J. McHugh (ct14072)
                                                                             LAW OFFICES OF PATRICK McHUGH
                                                                             2425 Post Road, Suite 205
                                                                             Southport, CT  06890
                                                                             Telephone: (203) 955-1702
                                                                             Facsimile: (203) 286-1741
                                                                             pmchugh@patrickmchughlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        By:    /s/ Patrick J. McHugh
                  Patrick J. McHugh

# **EXHIBIT A**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC, and STEPHANIE SILVER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>　　　　　Defendant. | No. 3:14-cv-01731 (SRU) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION OF VISITING ATTORNEY SHAHIN O. ROTHERMEL, ESQ.

DISTRICT OF COLUMBIA　　　　　)
　　　　　　　　　　　　　　　　)

　　　　Shahin O. Rothermel, being duly sworn, deposes and states the following:

　　　　1.　　I am an attorney with the law firm of Venable LLP, with an office address of 575 7th Street, NW, Washington, DC 20004.  My telephone number is (202) 344-4000, my facsimile number is (202) 344-8300, and my email is sorothermel@venable.com.

　　　　2.　　I have been retained by Defendant Viridian Energy, Inc. ("Viridian") to provide legal representation in connection with the above-captioned case.

　　　　3.　　Pursuant to D. Conn. L. Civ. R. 83.1(c), Patrick J. McHugh of the Law Offices of Patrick McHugh, with offices at 2425 Post Road, Suite 205, Southport, CT  06890, will serve as my local counsel.

　　　　4.　　I am a member of the bar of the District of Columbia (Bar No. 1013819).

　　　　5.　　There are no pending disciplinary complaints against me.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

7. I have reviewed fully and am familiar with the Local Rules of the United States District Court for the District of Connecticut (the "Local Rules"), the Federal Rules of Civil Procedure, and the Connecticut Rules of Professional Conduct. I will abide by and comply with the substantive and procedural requirements of the Local Rules and the administrative orders of this Court.

8. I designate Patrick J. McHugh of the Law Offices of Patrick McHugh as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my visiting attorney admission. Mr. McHugh has agreed to assume that responsibility.

9. I will promptly file with the Clerk of the Court a certificate of good standing from the bar of the District of Columbia, which is where I maintain my primary office.

_____
Shahin O. Rothermel

Sworn to me this
\_\_\_\_ day of June 2015

_____

# EXHIBIT B

# PROPOSED FORM OF ORDER

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC, and STEPHANIE SILVER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>        Defendant. | No. 3:14-cv-01731 (SRU) |

## ORDER ON MOTION FOR ADMISSION OF
## VISITING ATTORNEY SHAHIN O. ROTHERMEL

AND NOW, upon consideration of the Motion by Patrick J. McHugh for Admission of a Visiting Attorney in the above-captioned case (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED, and Shahin O. Rothermel, Esq. of Venable LLP is admitted as visiting attorney to represent Defendant Viridian Energy, Inc., and that sponsoring counsel, Patrick J. McHugh of the Law Offices of Patrick McHugh, is excused from attendance at all proceedings but not from any other obligations or responsibilities.

SO ORDERED this ____ day of _____, 2015.

                                                                       _____
                                                                        The Honorable Stefan R. Underhill
                                                                        United States District Court Judge