UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| LORI SANBORN, IRON MAN LLC and STEPHANIE SILVER, on behalf of themselves and all others similarly situated, | : <br> : <br> : <br> : Civil Action No. 3:14-cv-1731 <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> : April 1, 2016 <br> VIRIDIAN ENERGY, INC., : <br> : <br> Defendant. : |

---

**MOTION FOR CLASS CERTIFICATION**

Plaintiffs Lori Sanborn, Iron Man LLC and Stephanie Silver ("Plaintiffs") respectfully move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order: certifying this action as a class action pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and certifying the following class:

> All individual residential and small business consumers enrolled (either initially or through "rolling over" from a fixed rate plan) in a Viridian Energy, Inc. variable rate electricity plan in connection with a property located within Connecticut or Massachusetts at any time during the following Class Period:
>
> (i) in Connecticut from April 1, 2013, through October 26, 2015;
>
> (ii) in Massachusetts in the National Grid and NSTAR service areas from May 1, 2013, through October 26, 2015; and
>
> (iii) in Massachusetts in the WMECO service area from February 1, 2014 through October 26, 2015
>
> Specifically excluded from this Class are: the Defendant, the officers, directors and employees of Defendant; any entity in which Defendant has a controlling interest; any affiliate, legal representative of Defendant; the judge to whom this case is assigned and any member of the judge's immediate family; and any heirs, assigns and successors of any of the above persons or organizations in their capacity as such.

Plaintiffs are entitled to the relief requested because they have satisfied the requirements of Rule 23(a), Rule 23(b)(3), and Rule 23(g).  Plaintiffs have met the requirements of Rule 23(a) because the size of the Class is so numerous that it would be impracticable to join the claims of all Class members in one suit (*see* Rule 23(a)(1)), there are questions of law and/or fact that are common to the Class (*see* Rule 23(a)(2)), Plaintiffs' claims are typical of the claims of the Class (*see* Rule 23(a)(3)), and Plaintiffs will fairly and adequately protect the interests of the Class (*see* Rule 23(a)(4)).  Plaintiffs have satisfied the requirements of Rule 23(b)(3) because common questions of law and/or fact predominate, and a class action is the superior method available to resolve the claims alleged in Plaintiffs' Second Amended Class Action Complaint (the "Complaint").  The Court should appoint Plaintiffs as Class Representatives.  Finally, pursuant to Rule 23(g), the Court should appoint Izard Nobel LLP as Counsel for the Class because Izard Nobel has (i) done extensive work to date in identifying and investigating potential claims in this action and litigating this action, (ii) extensive experience in handling class actions, complex litigation, and claims of the type asserted in this action, (iii) knowledge of the laws at issue in this action and (iv) committed sufficient resources to the case.

Dated: April 1, 2016                    Respectfully submitted,

                                        PLAINTIFF

                                           \s\ Robert A. Izard
                                        By: Robert A. Izard (ct01601)
                                        Seth R. Klein (ct18121)
                                        Nicole A. Veno (ct29373)
                                        IZARD NOBEL LLP
                                        29 South Main Street, Suite 305
                                        West Hartford, CT  06107
                                        (860) 493-6292

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2016, a copy of the foregoing was filed electronically with the Court's ECF system.  Notice of this filing will be served upon all counsel of record by operation of the Court's ECF system.

                                                 /s/ Nicole A. Veno
                                                Nicole A. Veno