UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, IRON MAN LLC and STEPHANIE SILVER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>                    Defendant. | Civil Action No. 3:14-cv-1731<br><br><br>April 1, 2016 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

IT IS HEREBY ORDERED THAT Plaintiffs' motion for class certification is GRANTED. The certified class shall be defined as follows:

All individual residential and small business consumers enrolled (either initially or through "rolling over" from a fixed rate plan) in a Viridian Energy, Inc. variable rate electricity plan in connection with a property located within Connecticut or Massachusetts at any time during the following Class Period:

(i) in Connecticut from April 1, 2013, through October 26, 2015;

(ii) in Massachusetts in the National Grid and NSTAR service areas from May 1, 2013, through October 26, 2015; and

(iii) in Massachusetts in the WMECO service area from February 1, 2014 through October 26, 2015

Specifically excluded from this Class are: the Defendant, the officers, directors and employees of Defendant; any entity in which Defendant has a controlling interest; any affiliate, legal representative of Defendant; the judge to whom this case is assigned and any member of the judge's immediate family; and any heirs, assigns and successors of any of the above persons or organizations in their capacity as such.

Certification of this class under Federal Rule of Civil Procedure 23 ("Rule 23") is appropriate because:

1. The class is so numerous that joinder of all members is impracticable, satisfying the requirement of Rule 23(a)(1).

2. There are questions of law or fact common to the class, satisfying the requirements of Rule 23(a)(2).

3. The claims of the representative parties are typical of the claims of the class, satisfying the requirements of Rule 23(a)(3).

4. Plaintiffs Lori Sanborn, Iron Man LLC and Stephanie Silver will fairly and adequately protect the interests of the class, satisfying the requirements of Rule 23(a)(4).

5. The law firm of Izard Nobel LLP will fairly and adequately represent the interests of the class as Class Counsel, satisfying the requirements of Rules 23(a)(4) and 23(g)(1).

6. Questions of law or fact common to the members of the class predominate over questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy, satisfying the requirements of Rule 23(b)(3).

IT IS FURTHER ORDERED THAT Plaintiffs Lori Sanborn, Iron Man LLC and Stephanie Silver shall serve as class representatives for the class certified herein.

IT IS FURTHER ORDERED THAT Izard Nobel LLP is appointed as Class Counsel.

IT IS FURTHER ORDERED THAT no later than 14 days after the date of this Order, the parties through their counsel are to meet and confer on a proposed form of notice and to determine the most cost-effective and efficient means to provide adequate notice to the class, and advise the Court of any such agreement.  If no agreement is reached, then the parties shall submit to this Court their proposed form and means of providing adequate notice to the class not later than 14 days after the date of this Order.

With respect to the nature and form of notice, the Court shall then rule or schedule a hearing, as it deems necessary in its sole discretion.

IT IS SO ORDERED.

- 3 -

Dated: _____                              _____
                                               Honorable Stefan R. Underhill
                                               United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2016, a copy of the foregoing was filed electronically with the Court's ECF system. Notice of this filing will be served upon all counsel of record by operation of the Court's ECF system.

                                              /s/ Nicole A. Veno
                                              Nicole A. Veno