# EXHIBIT A

[Document Redacted]