# EXHIBIT B

[Document Redacted]