# EXHIBIT C

[Document Redacted]