# EXHIBIT D

[Document Redacted]