# EXHIBIT F

Case 3:14-cv-01731-SRU   Document 79-8   Filed 04/01/16   Page 2 of 8



# Massachusetts
# TERMS & CONDITIONS

Your agreement with **Viridian Energy, LLC** ("Viridian"), a member of the Crius family of brands, authorizes Viridian to change your electric generation supplier to Viridian. Viridian is licensed by the Massachusetts Department of Public Utilities ("DPU") to offer and supply electricity (electricity supply service) as a Competitive Supplier ("CS"). **Viridian's Massachusetts Public Utilities Commission's license number is CS-076.** Viridian supplies the electricity commodity to your Distribution Company ("DC") based on how much you consume. Your DC will then distribute (deliver) the electricity to your location. Generation charges for the electricity supply service are set by the CS you have chosen. The DPU regulates distribution prices and services charged by the DC. The Federal Energy Regulatory Commission regulates transmission prices and services.

These Terms of Service, the Welcome Letter and the Enrollment Form create your agreement with Viridian ("Agreement") and supersede any oral or written statements made in connection with the Agreement or your electricity supply.

## Terms of Service:

| | |
|---|---|
| **Term** | • Under a fixed price agreement, the "Initial Term" of your electric supply service with Viridian is the number of billing cycles set forth at time of enrollment and confirmed in your Welcome Letter, after which time the Agreement will continue month to month at a variable price until terminated by you or Viridian in accordance with the terms of the Agreement or renewed for a new fixed term "Renewal Term."<br>• Under a variable price agreement, your electric supply service with Viridian will continue month to month under a "Variable Term" until terminated by you or Viridian in accordance with the terms of the Agreement. |
| **Price** | • During the Initial Term of a fixed price agreement, you will pay Viridian the fixed price per kWh set forth at time of enrollment and confirmed in your Welcome Letter, after which time the Agreement will continue under a Variable Term at a variable price until terminated by you or Viridian in accordance with the terms of the Agreement.<br>• Under a variable price agreement, your price for the first month of service will be set forth at time of enrollment and confirmed in your Welcome Letter. After the first month, you will pay a variable price for electricity supply service, which may fluctuate from month to month, as described in the Price section below. |
| **Rescission** | You have the right to cancel your Agreement without fees or penalties of any kind by midnight of the third day from the delivery of this Agreement and the Disclosure Label. |
| **Early Cancellation Fee** | • After the right of rescission period ends, cancellation fees in the total amount of $50 will apply if you terminate a fixed price agreement with Viridian prior to the end of the Initial Term or any Renewal Term.<br>• If you terminate a Variable Term with Viridian, there are no termination fees. |
| **Fixed Price Renewal** | After the Initial Term or any Renewal Term, your electric supply service will continue month to month with Viridian without additional notice and you will pay a variable price unless you affirmatively elect to renew for another fixed price term, Renewal Term or cancel the Agreement. |





**Massachusetts**
**TERMS & CONDITIONS**

**PRICE:**

    **A. *Fixed Price:*** Under Viridian's fixed price Everyday Green Plan or Pure Green Plan, you will pay the fixed price set forth at time of enrollment and confirmed in your Welcome Letter for the Initial Term, after which the Agreement will continue month to month under a Variable Term with a variable price. The fixed price during the Initial Term will be calculated by multiplying the price of electricity per kilowatt hour (kWh) by the amount of electricity you use in the billing cycle plus any applicable fees, charges or taxes.

    **B. *Variable Rate:*** Under Viridian's variable price Everyday Green Plan or Pure Green Plan, your price may fluctuate from month to month based on wholesale market conditions applicable to the DC's service territory. The variable price for your electric supply service each month will be calculated by multiplying the variable price of electricity per kilowatt hour (kWh) that month by the amount of electricity you use in the billing cycle plus any applicable fees, charges or taxes,

Viridian's prices may be higher or lower than the DC's rate in any given month.

**TERM:** Viridian will begin supplying your electric supply service on a date set by the DC.

a. The fixed Initial Term will be for the number of billing cycles set forth at time of enrollment and confirmed in your Welcome Letter, starting on the first meter read date after your electricity supply service is started with Viridian and continuing through the last meter read date in the end month. If you do not agree to a Renewal Term, your electric supply service will continue under a Variable Term with Viridian without additional notice, and you will pay a variable price.
b. The Variable Term will begin on the first meter read date after your electric supply service is started with Viridian and will continue month to month until terminated by you or Viridian in accordance with the terms of this Agreement

**Renewal Notice for Fixed Price:** When the Initial Term or any Renewal Term is approaching the expiration date or whenever we propose to change our Terms of Service, you will receive a written notification from us in each of the last three bills for electric supply service charges or in corresponding separate mailings that precede either the expiration date or the effective date of the proposed changes. We will explain your options to you in these three advance notifications. If you do not accept the Renewal Term, your electric supply service will continue under a Variable Term with Viridian without additional notice and you will pay a variable price.

**Rescission:** You have the right to cancel this Agreement, without fees or penalties of any kind, by midnight of the third day from the delivery of this Agreement and the Disclosure Label.

**Termination by Customer:** If you elect to cancel or terminate the Agreement after the rescission period and prior to the end of the Initial Term or any Renewal Term, you will pay a cancellation fee as set forth above. If you elect to cancel or terminate your Variable Term Agreement, there are no termination fees. In order to cancel you must notify Viridian in advance by email at customercare@viridian.com or in writing by mail at 1055 Washington Boulevard, 7th floor, Stamford, CT 06901 or by phone at 1-866-663-2508. Termination becomes effective upon the processing of your cancellation request by the DC. You shall be obligated to pay for the electricity supply service provided pursuant to the Agreement prior to the date that such cancellation becomes effective, including any applicable DC late fees, fees or charges. Should you cancel your Agreement, you will be returned to your DC's default electricity supply service unless you choose another CS.



# Massachusetts
## TERMS & CONDITIONS

**Termination by Viridian:** Viridian may cancel or terminate the Agreement and your electricity supply service without penalty, if your bill is not paid in full within 48 days of receipt of the bill. Prior to termination for non-payment, Viridian agrees to provide a second request for payment not earlier than 27 days after your bill has been sent. Viridian shall send a final notice of termination not earlier than 45 days after your receipt of the bill. If for any reason performance of the Agreement becomes materially uneconomical to Viridian or if any change in law causes Viridian to no longer have the ability to serve you, Viridian may terminate the Agreement by written notice not less than 10 calendar days prior to the termination. Termination becomes effective upon the processing of Viridian's cancellation request by the DC. You shall be obligated to pay for the electricity supply service provided by Viridian pursuant to the Agreement prior to the date that such termination becomes effective, including any applicable DC late fees, fees or charges.

**Relocation:** If you relocate, you will provide a 30-day notice to Viridian. A final meter reading will be made at your old address and your account will be finalized with both your DC and Viridian. You shall be obligated to pay for the electricity supply service provided pursuant to the Agreement prior to the date the termination due to relocation becomes effective, including any applicable DC late fees, fees or charges. If you relocate within your DC's service territory, you may have the option of entering into a new electricity supply agreement with Viridian.

**Billing and Payment:** You will receive a single consolidated bill from your DC that includes the DC's charges and Viridian's Generation Charge. The DC will set your payment due date and the payment address and any DC deposit requirements. Any bill not paid in full by its due date will incur a late payment fee in accordance with the DC's billing and payment policies and procedures.

**Credit Requirement:** Viridian reserves the right to conduct a credit review prior to providing you electricity supply service, and to refuse electricity supply service if you do not meet Viridian's credit standards. You agree to provide Viridian with any information reasonably requested in order to complete the credit review including but not limited to establishing an ACH Debit relationship with Viridian. If prior to commencing electricity supply service or at any time during the Term of this Agreement, Viridian has good faith concerns about the creditworthiness of customer, Viridian may conduct a credit review and if customer is a commercial account may ask customer
to provide reasonable credit assurances acceptable to Viridian. Further for commercial accounts, Viridian reserves the right to require a deposit before providing electricity supply services.

**Low Income:** A low-income discount on your DC's distribution charges is available to qualifying residential customers. Contact your DC for eligibility requirements and an application. These distribution charges do not form part of the Agreement, and any eligibility for a discount is a matter between you and your DC.

**Dispute Procedures:** If you have billing questions or would like to make an inquiry about Viridian's Terms of Service, you may contact Viridian by telephone at 1-866-663-2508 (Monday through Friday, 8:30 am to 6:30 pm ET), by email at customercare@viridian.com or by mail at 1055 Washington Boulevard, 7th floor, Stamford, CT 06901. You may also call the DPU at 617-305-3500 to obtain information on consumer protection rights.

**Emergency:** In the event of an emergency, such as a power failure or a fallen power line, please contact your DC directly at 800-592-2000 for NSTAR and 1-800-465-1212 for National Grid. For WMECO call 413-781-4300 within the Springfield area, and 1-877-659-6326 outside of the Springfield area.

**LIMITATIONS ON WARRANTY AND DAMAGES:** THE ELECTRICITY PROVIDED UNDER THIS AGREEMENT WILL MEET THE QUALITY STANDARDS OF YOUR DC. YOU UNDERSTAND AND AGREE THAT THERE ARE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ASSOCIATED WITH THE ELECTRICITY SUPPLY SERVICE PROVIDED BY VIRIDIAN. VIRIDIAN HAS NO LIABILITY FOR



# Massachusetts
## TERMS & CONDITIONS

SERVICE INTERRUPTIONS. LIABILITIES NOT EXCUSED BY REASON OF FORCE MAJEURE OR OTHERWISE SHALL BE LIMITED TO DIRECT ACTUAL DAMAGES. VIRIDIAN WILL BEAR NO LIABILITY TO YOU OR ANY THIRD PARTY FOR CONSEQUENTIAL, PUNITIVE, INCIDENTAL, SPECIAL OR OTHER INDIRECT DAMAGES. VIRIDIAN IS NOT LIABLE FOR INTERRUPTIONS TO OR SHORTAGES OF ELECTRICITY SUPPLY NOR ANY ASSOCIATED LOSS OR DAMAGE RESULTING THEREFROM.

**Force Majeure:** The electric service is firm subject to force majeure. Viridian will not be responsible for supplying electricity services to you in the event of circumstances beyond its control, such as events of force majeure, as defined by the DC or any transmitting or transportation entity, which include but are not limited to acts of terrorism, sabotage or acts of God. If there is a change in any law, rule or pricing structure that results in Viridian being prevented, prohibited or frustrated from carrying out the terms of the Agreement, Viridian reserves the right to cancel the Agreement in accordance with the termination provisions in the Agreement.

**Universal Service Program:** Your DC may have programs available to customers who are on a limited or fixed income to assist them with utility bills. Some of these programs might include bill payment assistance and weatherization services. Information on your DC's Universal Service Program can be obtained by contacting your DC at the number or address listed below.

**Information Release Authorization:** By entering into this Agreement, you authorize Viridian to obtain information from the DC concerning your account that includes, but is not limited to: billing history, payment history, account number, credit information, historical and future electricity usage, meter readings and characteristics of your electricity service. You may rescind this authorization at any time by contacting Viridian. Viridian will not release your confidential information without your written authorization, except as required by legal authority.

**Assignment:** You may not assign the Agreement without Viridian's prior written consent. Viridian reserves the right to sell, transfer, pledge or assign the accounts, revenues or proceeds hereof in connection with any financial agreement. You authorize Viridian to assign this Agreement to another energy supplier, CS, or other entity as authorized by the DPU. Any required assignment notice will be considered to have been made to you if mailed to the appropriate party.

**Miscellaneous:** You agree to promptly notify Viridian if there are any anticipated major changes in your energy consumption. For purposes of accounting, both parties accept the quantity, quality and measurements determined by the DC. Except as provided by law, you will pay all taxes due and payable with respect to customer obligations under the Agreement. There may be a delay before the DC switches your electricity supply to Viridian. Viridian is not responsible for any such delays. You agree to receive periodic updates of product and services from Viridian. Any changes to the Agreement must be made in writing. The Agreement is subject to any future legislation, orders, rules, regulations or DC tariff or policy changes. Venue for any lawsuit brought to enforce any term or condition of this Agreement shall lie exclusively in the Commonwealth of Massachusetts. The Agreement shall be construed under and shall be governed by the laws of the Commonwealth of Massachusetts without regard to the application of its conflicts of law principles. You may add a telephone number to the national Do Not Call Registry by calling 1-888-382-1222 from the phone you wish to register, or by clicking on "Register a Phone Number" in the left column at www.donotcall.gov.

**Parties Bound:** This Agreement is binding upon the parties hereto and their respective successors and legal assigns.



# MASSACHUSETTS TERMS & CONDITIONS OF SERVICE

You authorize Viridian Energy, LLC ("Company"), a member of the Crius Energy family of brands, to change your electricity or gas supplier, as the case may be, to Company and to supply your home or small business with all the Services you need, subject to the eligibility requirements of your local electric or gas utility ("Utility"). Your Enrollment Documentation, which includes your Welcome Letter, and these Terms and Conditions of Service create your agreement with the Company ("Agreement") and supersedes any oral or written statements made in connection with this Agreement or the supply of your Services. Capitalized terms used herein have the meaning ascribed to them as listed within the Agreement as well as in the "Definitions" section herein.

1. **SERVICES**. Upon successful completion and receipt of all customer enrollment requirements, Company will supply Services for your home or small business. Company is a retail marketer of Services and is not your Utility. Your Utility will continue to deliver Services to your home or small business, read your meter, send your bill and make repairs and charge you for its services related to delivering your commodities. Your Utility will also respond to emergencies and provide other traditional utility services. You understand that you are not required to switch your Services to Company.

2. **TERM**. Company will begin supplying your Services when the Utility switches your account to Company. Your Agreement will continue for the Term specified in the Enrollment Documentation, and if applicable for the Renewal Term. Typically it takes one to two billing cycles for your Service to be switched from your Utility to the Company, but there may be a delay before the Utility switches Services and you understand that Company is not responsible for any such delays.

3. **PRICE**. Each month you will pay for the Services you consume. For electricity, your bill will be calculated by multiplying your Rate by the amount of electricity you consumed in kilowatt-hours during the billing cycle, plus any applicable Fees. For gas, your bill will be calculated by multiplying your Rate by the amount of gas you consumed in ccfs or therms, as applicable, during the billing cycle, plus any applicable Fees.

4. **RATE PLAN OPTIONS**.

a. Fixed Rate. If you selected a fixed rate, the Rate for your Service is the Rate indicated in your Enrollment Documentation and guaranteed not to change for the Term ("Fixed Rate").

b. Variable Rate. If you selected a variable rate, the Rate for your Service is the Rate indicated in your Enrollment Documentation and will vary based on several factors, including but not limited to market conditions, operations costs, and other factors and may include an introductory rate for such time as indicated in your Enrollment Documentation ("Variable Rate").

c. Termination Fees. If you selected a Variable Rate, no termination fees will apply. If you selected a Fixed Rate, the Termination Fee listed in your Enrollment Documentation will apply to each Service you terminate after the Rescission Period, but before your Term or Renewal Term ends, or if you Default.

d. Understanding and Selecting Rates. You understand that unless you have been offered a Rate in writing confirmed by the Company that expressly provides otherwise, there are no guaranteed savings and your Rate may be higher or lower than the Utility's rate in any given month.

5. **RESCISSION; TERMINATION**. You may rescind or terminate this Agreement as provided below.

a. Right of Rescission. You may rescind this Agreement, without fees or penalties of any kind, at any time prior to midnight of the third day after the later date that you received this written Agreement ("Rescission Period").

b. Terminating Fixed Rate Plans. You may terminate a Fixed Rate plan at any time; provided that, if you terminate after the Rescission Period and before the end of the Term or Renewal Term, a Termination Fee will apply for the Service you terminate.

c. Terminating Variable Rate Plans. You may terminate a Variable Rate Plan at any time. No Termination Fee will apply to terminations of Variable Rate Plans.

d. Termination Notice; Effect of Termination. To terminate or rescind this Agreement, you must notify Company as detailed in Section 14 or your Utility. Please provide your name, address, phone number, account number and a statement that you are rescinding or terminating the Agreement. Rescission is effective immediately. Termination will be processed immediately but is effective upon your Utility processing your termination and you are obligated to pay for the Services provided pursuant to this Agreement until you are returned to your Utility or alternative supplier.

6. **BILLING AND PAYMENT**. The Services you purchase from Company will be included in your Utility monthly bill or in a separate invoice from Company. The Utility will set your payment due date and the payment address. Any bill not paid in full by its due date will incur a late payment fee in accordance with the Utility's billing and payment policies and procedures. You may be liable for cost recovery fees if Company must terminate your bill for failure to pay. Company shall have the right to setoff and net against any undisputed amounts owed by you under this Agreement, and the Company shall additionally have the right to setoff and net against, if applicable, any deposit or security provided by you pursuant to this Agreement any amounts, charges or damages owed by you to Company. You will be billed and pay Company for the Services based on meter readings and consumption information that Company receives from your Utility ("Billing Quantity"). For commercial customers, Company will have the option to adjust the Billing Quantity for fuel and line loss retained by your Utility and interstate transporters from the Purchased Quantities. You are responsible for paying and reimbursing Company for all applicable Fees. If you are tax exempt, you must furnish Company an exemption certificate before your service commences.

7. **CUSTOMER INFORMATION**. All authorizations provided herein will remain in effect for the Term and, if applicable, the Renewal Term of this Agreement; however, authorization may by rescinded by you any time by contacting Company.

a. Credit Requirement. You authorize Company to review your credit history. You understand that Company may refuse or terminate Service if you fail to meet Company credit criteria. For commercial customers, you may be required to promptly provide Credit Enhancements to continue Service if there is a deterioration in your credit rating or a Usage Increase.

b. Customer Information. You authorize Company to obtain your Customer Information from your Utility and, under a confidentiality agreement, share your Customer Information with Company Agents.

Company will not otherwise release Customer Information without Customer consent, except as required by law.

8. **RENEWAL NOTICE.** For any Fixed Rate plan you have selected, you will receive notice from Company (between thirty and sixty days prior to the end of your Term) that you will be automatically enrolled on either: (i) the Fixed Rate plan provided in the notice, or (ii) the Company's variable plan available at such time (which variable plan can be canceled at any time without any Termination Fees). Each new renewal period after your initial Term will be deemed a "Renewal Term". For any Variable Rate plan, you will not receive a renewal notice as you have chosen the Company's variable rate plan that is a month-to-month plan that you may cancel at any time without any Termination Fees, or the Company may cancel by providing you notice as required by law.

9. **PHONE COMMUNICATION POLICY.** You will be asked by the Company to provide consent to the Company's Phone Communication Policy. Our policy is that if you provide your phone number, which may include your wireless number, the Company and its Agents may text or call you with autodialed or pre-recorded promotional or product information. Your consent and acceptance of this policy is not a condition of purchase and may be revoked at any time.

10. **DISPUTE PROCEDURES.** If you have billing questions or would like to make an inquiry about Company's terms of service, you may contact Company as indicated in Section 14. In the event of a dispute or a disagreement under this Agreement, the parties will use their best efforts to resolve the dispute. If you are not fully satisfied after discussing your dispute with Company, you may contact the Massachusetts Department of Public Utilities at 1-877-886-5066.

11. **EMERGENCY.** In the event of an emergency such as a power failure, a downed power line, or a gas leak, you should call your Utility. If your Utility is National Grid, call 1-800-465-1212; NSTAR, call 1-800-592-2000; WMECO, call 1-800-286-2000. You can also call your local emergency personnel at 911 if the emergency warrants.

12. **LIMITATIONS OF LIABILITY AND WARRANTY.** NEITHER YOU NOR COMPANY WILL BE LIABLE TO THE OTHER FOR ANY CONSEQUENTIAL, EXEMPLARY, PUNITIVE, INCIDENTAL OR INDIRECT DAMAGES ARISING FROM A BREACH OF THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR LOST REVENUES. COMPANY DOES NOT GIVE ANY TYPE OF WARRANTY, EXPRESS OR IMPLIED, AND TO THE FULLEST EXTENT OF THE LAW, DISCLAIMS ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

13. **FORCE MAJEURE.** Company will not be responsible for supplying Services to you in the event of circumstances beyond Company's control such as events of force majeure, as defined by your Utility or any transmitting or transportation entity, which includes but is not limited to acts of terrorism, sabotage or acts of God.

14. **CONTACTING COMPANY.** For any notice required in this Agreement or to contact us generally, you may contact the Company by (i) email, to customercare@viridian.com, (ii) mail, to 1055 Washington Boulevard, 7th Floor, Stamford, CT 06901, or (iii) phone, at 1-866-663-2508.

15. **MISCELLANEOUS.**

a. *Use of Services.* You must notify Company if you generate renewable energy or use net metering at your home or small business. If you use net metering, or if there is a Change in Usage, Company reserves the right to modify your Rate or terminate this Agreement and recover costs, if any. In addition, the Company has the right to refuse or terminate Services, and recover costs, if any, if your Service requirements are above the Usage Thresholds.

b. *Agency and Point of Sale.* (A) If you are receiving gas service, you hereby designate Company as your agent to: (i) arrange and administer contracts and service arrangements between you and your Utility, and between you and the interstate pipeline transporters of your gas (including capacity release, re-release, and recall arrangements); (ii) nominate and schedule with the interstate pipelines the transportation of your gas from the Sales Points to the Delivery Points, and with your Utility for the transportation of your gas from the Delivery Points to your premises; and (iii) aggregate your gas with the gas supplies of Company's other customers in order for you to qualify for transportation service and to address and resolve imbalances (if any) during the term of this Agreement. As your agent, Company will schedule the delivery of a quantity of gas at the Sales Points necessary to meet your city gate requirements based on the consumption and other information that Company receives from your Utility. Company, as your agent, will arrange for the transportation of gas from the Sales Points to the Delivery Points, and from the Delivery Points to your premises; and (B) if you are receiving electric service, you hereby designate Company as your agent for the purpose of arranging, contracting for, and administering transmission services (including those provided by your Utility) for the delivery of electricity.

c. *Title; Risk of Loss.* You and Company agree that title to, control of, and risk of loss of the Purchase Quantities supplied under this Agreement will transfer from Company to you at the Sales Points. Company and you agree that transactions under this Agreement are originated and consummated outside the jurisdictional limits of the municipality and county, or other taxing authority where your service address is located. If a taxing authority determines that a gross receipts tax or other tax is applicable to the sale of the electric service or gas service under this Agreement, you agree to pay such tax, as invoiced. For commercial customers only: (i) as between Company and you as a commercial customer, you will be deemed to be in exclusive control of the natural gas and/or electricity and responsible for any damage, injury, charges, transportation fees, costs or losses at and after the Sales Points, including, without limitation, any losses that Company incurs that result from having to resell, or its inability to resell, to another party natural gas and/or electricity supplies allocated for you and (ii) as between Company and you, Company will be deemed in exclusive control of the natural gas and/or electricity, and responsible for any damage, injury, charges, transportation fees, costs or losses until the natural gas and/ or electricity is delivered to the Sales Points; provided, however, that in no event shall Company's liability under this Agreement exceed the difference between the reasonable price of replacing any undelivered natural gas and/or electricity and the price of natural gas and/or electricity under this Agreement.

d. *Assignment.* You may not assign this Agreement without prior written consent of the Company. Company reserves the right to sell, transfer, pledge or assign this Agreement and your account, and related revenues and proceeds for financial purposes or in connection with a sale. This Agreement is binding upon the parties hereto and their respective successors and legal assigns.

e. *Change in Law.* The Agreement is subject to any future legislation, orders, rules, regulations or Utility tariff or policy changes. If there is a change in any law, rule or pricing structure, including but not limited to a change in Capacity charges in New England, that results in Company from being prevented, prohibited or frustrated from carrying out the terms of the Agreement, Company

may terminate this Agreement or change your Rate.

f. *Governing Law; Venue.* Venue for any lawsuit brought to enforce any term or condition of this Agreement shall lie exclusively with the Commonwealth of Massachusetts. The Agreement shall be construed under and shall be governed by the laws of the Commonwealth of Massachusetts without regard to the application of its conflicts of law principles.

g. *Non-Waiver.* The failure by one party to require performance of any provision shall not affect that party's right to require performance at any time thereafter, nor shall a waiver of any breach or default of this Agreement constitute a waiver of any subsequent breach or default or a waiver of the provision itself.

h. *Severability.* If any provision of this Agreement is held unenforceable, then such provision will be modified to reflect the parties' intention. All remaining provisions of this Agreement shall remain in full force and effect.

i. *Electronic Signatures and Notices.* Each party agrees that electronic signatures, whether digital or encrypted, of the parties to execute this Agreement are intended to authenticate this writing and to have the same force and effect as manual signatures. Electronic signature means any electronic sound, symbol or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, including facsimile or e-mail electronic signatures. Customer agrees that Company may send Customer notices via electronic means if Customer provides e-mail address or other way of communicating electronically.

j. *Customer Representation.* I am at least 18 years old and fully authorized to enter into this Agreement. I am the authorized account holder or have been given proper and binding authorization to change the Services and enter into this Agreement on behalf of the account holder.

**DEFINITIONS**

"*Agents*" means parties that need to know Customer Information in connection with Services and Company's affiliates and subcontractors.

"*Change in Usage*" mean a change, or an anticipated or planned change, in the consumption of Services that materially exceeds your historical usage.

"*Credit Enhancements*" means cash escrow or deposit, establishing an ACH Debit relationship with Company, or providing other reasonable assurances to the Company to establish your credit worthiness.

"*Customer Information*" means account contact information, account number, meter number, billing history, payment history, historical and future electricity and gas usage, meter readings and characteristics of your electricity and gas service. It includes information obtained from the Utility as well as any information that you provide directly to Company or its Agents.

"*Default*" means: (i) failure to maintain credit requirements or provide necessary credit information or Credit Enhancements, (ii) a Usage Threshold event, (iii) a Change in Usage event, or (iv) any material breach of the requirements of, or representations made under, this Agreement.

"*Delivery Points*" means: (i) for gas transported by interstate pipelines, the city gate stations of your Utility, and (ii) for electricity, one or more points at which Company, as your agent, has arranged for the delivery of electricity to a third party (such as your Utility) for your account or at your premises.

"*Enrollment Documentation*" means any application or enrollment documents, whether in paper, electronic, internet, phone or otherwise, that Customer reviewed and acknowledged in order to commence Services.

"*Fees*" means taxes, fees, assessments, government charges and charges levied by your Utility for distribution and other services and taxes, fees and charges levied by Company or any other entity authorized to levy taxes, fees or charges for or related to the Services. This may include, but shall not be limited to, utility taxes, gross receipts taxes, and sales or use taxes imposed on Company and/or you by federal, state, and/or local authorities that Company passes through to you.

"*Purchased Quantities*" means all the electricity or natural gas supply, or any combination of the two, that Company must purchase for your small business.

"*Rate*" means Fixed Rate, or Variable Rate, as applicable.

"*Sales Points*" means: (i) for gas, a point or points located outside of the Commonwealth of Massachusetts selected from time to time by Company to assure service reliability, and (ii) for the electricity, a point or points on the NE-ISO administered transmission system located outside the municipal and county limits of your service address location, selected from time to time by Company to assure service reliability.

"*Service*" or "*Services*" means all the electricity or natural gas supply, or any combination of the two, that Company must purchase for your home or small business, as you have selected to be provided to me by Company in your Enrollment Documentation.

"*Usage Thresholds*" means if your usage of Services exceeds, for (i) electricity, peak demand greater than 75kW over any of the past twelve months, or (ii) gas, usage exceeds 10,000 ccfs per month or 90,000 ccfs per year or the equivalent therms.