# EXHIBIT G

[Document Redacted]