# EXHIBIT H

[Document Redacted]