# EXHIBIT I

[Document Redacted]