UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, *et al*.,<br><br>                              Plaintiffs,<br><br>       v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>                              Defendant. | Case No.: 3:14-cv-01731 (SRU) |

### MOTION FOR ADMISSION OF VISITING ATTORNEY RICHARD T. BERNARDO

Maura Barry Grinalds, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of attorney Richard T. Bernardo of Skadden, Arps, Slate, Meagher & Flom LLP as a visiting lawyer to represent Defendant Viridian Energy, Inc. in the above-captioned action.  In support of this motion, the affidavit of attorney Richard T. Bernardo is attached hereto as Exhibit A.

A payment of $75.00 accompanies this motion.  Service of all papers shall be made upon Maura Barry Grinalds at Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036.

Dated:  December 13, 2016

                                                    Respectfully submitted,

                                                     /s/ Maura Barry Grinalds
                                                    Maura Barry Grinalds (ct27699)
                                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                                    4 Times Square
                                                    New York, NY 10036
                                                    Phone: (212) 735-3000
                                                    Fax: (212) 735-2000
                                                    Email: maurabarry.grinalds@skadden.com

                                                    *Attorney for Defendant Viridian Energy, Inc*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2016, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Maura Barry Grinalds
Maura Barry Grinalds (ct27699)
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
Email: maurabarry.grinalds@skadden.com