UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC and STEPHANIE SILVER, DAVID STEKETEE, SUSANNA MIRKIN, BORIS MIRKIN, ELIZABETH HEMBLING, PATRICIA KULESA, STEWART CONNARD and STEVEN LANDAU on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIRIDIAN ENERGY, INC. and VIRIDIAN ENERGY PA, LLC,<br><br>    Defendant | Case No. 3:14-cv-01731 (SRU) |

## MOTION FOR ADMISSION OF VISITING ATTORNEY ROBERT W. CLORE

  Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, Peter M. Van Dyke, Esq., a member of the Bar of this Court and a member of the law firm of Eagan, Donohue, Van Dyke & Falsey, LLP, respectfully moves this Court for an Order admitting Robert W. Clore, Esq. as a visiting attorney on behalf of objecting class member Michael Ferraro. A payment of $75 accompanies this motion.

  In further support of the motion, the undersigned represents the following:

  1. Mr. Ferraro has retained the Bandas Law Firm, P.C., of which Robert Clore is an attorney, to represent him in this matter. Attorney Clore's contact information is as follows:

    Robert W. Clore
    Bandas Law Firm, P.C.
    500 North Shoreline Blvd., Suite 1020
    Corpus Christi, Texas 78401
    Tel: (361) 698-5200
    Fax: (361) 698-5222
    Email: rclore@bandaslawfirm.com

  2. Attorney Clore is a member in good standing of the Bar of the State of Texas. See Certificate of Good Standing, attached hereto as Exhibit B. He also is admitted to practice before the United States District Courts for the Southern District of Texas and Northern District of Illinois; the United States Courts of Appeals for the Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits; and the United States Supreme Court. Attorney Clore has not been denied admission or disciplined by any court to the best of his knowledge. There are no disciplinary actions pending against him.

  3. Attorney Clore has executed an affidavit in connection with this motion which has been attached hereto as Exhibit A. The affidavit provides additional details concerning his practice as required by Local Rule 83.1(d).

  4. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Attorney Clore.

  WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Robert W. Clore permission to appear as a visiting attorney in this matter.

DATED:  May 21, 2018                        Respectfully submitted,


                                                                                                          BY: /s/ Peter M. Van Dyke
                                                                                                                Peter M. Van Dyke (ct24747)
                                                                                                                Eagan, Donohue, Van Dyke & Falsey, LLP
                                                                                                                24 Arapahoe Road
                                                                                                                West Hartford, CT 06107
                                                                                                                Phone: 860-232-7200
                                                                                                                Fax: 860-232-0214
                                                                                                                pvd@eddf-law.com
                                                                                              *Attorneys for Objecting Class Member Michael Ferraro*


## Certificate of Service

      I hereby certify that on May 21, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                                                                           s/ Peter M. Van Dyke
                                                                                           Peter M. Van Dyke