UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORI SANBORN, BDK ALLIANCE LLC, IRON
MAN LLC and STEPHANIE SILVER, DAVID
STEKETEE, SUSANNA MIRKIN, BORIS MIRKIN,
ELIZABETH HEMBLING, PATRICIA KULESA,
STEWART CONNARD and STEVEN LANDAU on
behalf of themselves and all others similarly
situated,

                 Plaintiffs,

      v.

VIRIDIAN ENERGY, INC. and VIRIDIAN
ENERGY PA, LLC,

                 Defendant

Case No. 3:14-cv-01731 (SRU)

## MOTION FOR ADMISSION OF VISITING ATTORNEY F. VAN HUSEMAN

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, Peter M. Van Dyke, Esq., a member of the Bar of this Court and a member of the law firm of Eagan, Donohue, Van Dyke & Falsey, LLP, respectfully moves this Court for an Order admitting F. Van Huseman, Esq. as a visiting attorney on behalf of objecting class member Michael Ferraro. A payment of $75 accompanies this motion.

In further support of the motion, the undersigned represents the following:

1.     Mr. Ferraro has retained Huseman & Stewart, PLLC, of which F. Van Huseman is an attorney, to represent him in this matter. Attorney Huseman's contact information is as follows:

1

Van Huseman
Huseman & Stewart, PLLC
615 N. Upper Broadway, Suite 2000
Corpus Christi, Texas 78401
Tel: (361) 883-3563
Fax: (361) 883-0210
Email: vhuseman@husemanstewart.com

2.      Attorney Huseman is a member in good standing of the Bar of the State of Texas.

See Certificate of Good Standing, attached hereto as Exhibit B. He also is admitted to practice

before the U.S. Supreme Court, U.S. Court of Appeals, Fifth Circuit and the U.S. District Court,

Southern, Western and Eastern Districts of Texas.   Attorney Huseman has not been denied

admission or disciplined by any court to the best of his knowledge. There are no disciplinary

actions pending against him.

3.      Attorney Huseman has executed an affidavit in connection with this motion which

has been attached hereto as Exhibit A. The affidavit provides additional details concerning his

practice as required by Local Rule 83.1(d).

4.      In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept

service on behalf of Attorney Huseman.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order

granting F. Van Huseman permission to appear as a visiting attorney in this matter.

DATED: May 23, 2018                      Respectfully submitted,


BY: /s/ Peter M. Van Dyke
        Peter M. Van Dyke (ct24747)
        Eagan, Donohue, Van Dyke & Falsey, LLP
        24 Arapahoe Road
        West Hartford, CT 06107
        Phone: 860-232-7200
        Fax: 860-232-0214
        pvd@eddf-law.com
        *Attorneys for Objecting Class Member Michael
        Ferraro*

**Certificate of Service**

I hereby certify that on May 23, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Peter M. Van Dyke
Peter M. Van Dyke