UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC and STEPHANIE SILVER, DAVID STEKETEE, SUSANNA MIRKIN, BORIS MIRKIN, ELIZABETH HEMBLING, PATRICIA KULESA, STEWART CONNARD and STEVEN LANDAU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIRIDIAN ENERGY, INC. and VIRIDIAN ENERGY PA, LLC,<br><br>Defendant | Case No. 3:14-cv-01731 (SRU) |

**MOTION FOR ADMISSION OF VISITING ATTORNEY ERIC STEVEN STEWART**

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, Peter M. Van Dyke, Esq., a member of the Bar of this Court and a member of the law firm of Eagan, Donohue, Van Dyke & Falsey, LLP, respectfully moves this Court for an Order admitting Eric Steven Stewart, Esq. as a visiting attorney on behalf of objecting class member Michael Ferraro. A payment of $75 accompanies this motion.

In further support of the motion, the undersigned represents the following:

1.  Mr. Ferraro has retained Huseman & Stewart, PLLC, of which Eric Steven Stewart is an attorney, to represent him in this matter. Attorney Stewart's contact information is as follows:

1

        Eric Steven Stewart
        Huseman & Stewart, PLLC
        615 N. Upper Broadway, Suite 2000
        Corpus Christi, Texas 78401
        Tel: (361) 883-3563
        Fax: (361) 883-0210
        Email: estewart@husemanstewart.com

2.     Attorney Stewart is a member in good standing of the Bar of the State of Texas. See Certificate of Good Standing, attached hereto as Exhibit B. He also is admitted to practice before the United States District Courts for the Southern District of Texas United States District Courts for the Western District of Texas. Attorney Stewart has not been denied admission or disciplined by any court to the best of his knowledge. There are no disciplinary actions pending against him.

3.     Attorney Stewart has executed an affidavit in connection with this motion which has been attached hereto as Exhibit A. The affidavit provides additional details concerning his practice as required by Local Rule 83.1(d).

4.     In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Attorney Stewart.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Eric Steven Stewart permission to appear as a visiting attorney in this matter.

DATED: May 23, 2018        Respectfully submitted,

        BY: /s/ Peter M. Van Dyke
            Peter M. Van Dyke (ct24747)
            Eagan, Donohue, Van Dyke & Falsey, LLP
            24 Arapahoe Road
            West Hartford, CT 06107
            Phone: 860-232-7200
            Fax: 860-232-0214
            pvd@eddf-law.com
            *Attorneys for Objecting Class Member Michael Ferraro*

## Certificate of Service

I hereby certify that on May 23, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>s/ Peter M. Van Dyke</u>
Peter M. Van Dyke