UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC and STEPHANIE SILVER, DAVID STEKETEE, SUSANNA MIRKIN, BORIS MIRKIN, ELIZABETH HEMBLING, PATRICIA KULESA, STEWART CONNARD and STEVEN LANDAU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIRIDIAN ENERGY, INC. and VIRIDIAN ENERGY PA, LLC,<br><br>Defendants. | No. 3:14-cv-01731 (SRU)<br><br><br><br><br><br><br><br>June 7, 2018 |

**PLAINTIFFS' MOTION TO FILE SINGLE OVERLONG BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL, MOTION FOR AWARD OF ATTORNEYS' FEES, AND RESPONSE TO OBJETION OF MICHAEL FERRARO**

Plaintiffs, on behalf of themselves and all persons similarly situated, hereby respectfully move this Court for permission to file a single memorandum of no more than 55 pages in support of their motion for final approval of the Settlement, motion for attorneys' fees and expenses, and response to the objection of Michael Ferraro. In support of their motion, Plaintiffs state as follows:

1. Pursuant to this Court's Order of May 23, 2018 [ECF No. 174], the deadline for Plaintiffs to file their motions for (i) final approval of the settlement and (ii) an award of attorneys' fees and expenses is June 11, 2018. As part of their motion for final approval, Plaintiffs also intend to respond on that date to the Objection of Michael Ferraro [ECF No. 167].

2. Pursuant to Local Rule 7(a)(5), if Plaintiffs filed separate memoranda in support of each of their two motions and in opposition to Ferraro's objection, Plaintiffs would be entitled to 40 pages for each of the three briefs, for a total of 120 pages.

3. In the interests of efficiency, Plaintiffs intend to file a single memorandum addressing all three issues. However, in order to fully address all of the relevant issues, Plaintiffs respectfully request that they be allowed 15 additional pages beyond the 40 pages ordinarily allowed for a single memorandum.

4. Accordingly, Plaintiffs request that they be allowed to file a single memorandum of no more than 55 pages, rather than three separate memoranda of 40 pages each.

WHEREFORE, Plaintiffs respectfully request that this Court allow Plaintiffs to file a single memorandum of no more than fifty-five (55) pages in support of their motions for final approval of the Settlement and for an award of attorneys' fees and expenses, and to respond to the objection of Michael Ferraro.

DATED: June 7, 2018

PLAINTIFFS

\s\ Seth R. Klein
By: Robert A. Izard, Esq. (ct01601)
Craig A. Raabe, Esq. (ct04116)
Seth R. Klein, Esq. (ct18121)
Izard Kindall & Raabe LLP
29 South Main Street, Suite 305
West Hartford, CT  06107
Phone: (860) 493-6292
e-mail: rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com

*Attorneys for Plaintiffs Lori Sanborn, Iron Man LLC, Stephanie Sliver, David Steketee, and the Class*

2

       \s\ Steven L. Wittels
By: Steven L. Wittels, Esq.
    J. Burkett McInturff, Esq.
    Tiasha Palikovic, Esq.
    Wittels Law, P.C.
    18 Half Mile Road
    Armonk, NY 10504
    Phone: (914) 319-9945
    Facsimile: (914) 273-2563
    e-mail: slw@wittelslaw.com
           jbm@wittelslaw.com
           tpalikovic@wittelslaw.com

    Daniel Hymowitz, Esq.
    Andrey Belenky, Esq.
    Hymowitz Law Group, PLLC
    45 Broadway, 27th Floor
    New York, NY 10006
    Phone: 212-913-0401
    Facsimile: (866) 521-6040
    e-mail: daniel@hymowitzlaw.com
           abelenky@hymowitzlaw.com

***Attorneys for Plaintiffs Susanna Mirkin, Boris Mirkin, and the Class***

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certify that on this 7th day of June, 2018, a copy of the foregoing Consolidated Class Action Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              By:    \s\ Seth R. Klein
                                                                           Seth R. Klein