UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, BDK ALLIANCE LLC, IRON MAN LLC and STEPHANIE SILVER, DAVID STEKETEE, SUSANNA MIRKIN, BORIS MIRKIN, ELIZABETH HEMBLING, PATRICIA KULESA, STEWART CONNARD and STEVEN LANDAU on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VIRIDIAN ENERGY, INC. and VIRIDIAN ENERGY PA LLC, <br><br> Defendants. | No. 3:14-cv-01731 (SRU) <br><br> CLASS ACTION |

ORDER GRANTING PLAINTIFFS' MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
AND PLAINTIFF SERVICE AWARDS

1. Plaintiffs have requested an award of attorneys' fees of $4,047,333.39, equal to 21.9 percent of the cash value of the Settlement. For the reasons set forth on the record during the Final Fairness Hearing, the Court awards attorneys' fees to be paid from the Settlement Fund in the amount of $4,047,333.39 in accord with the terms of the Settlement Agreement.

2. Plaintiffs have further requested that the Court reimburse the expenses Settlement Class Counsel have incurred litigating this case in the amount of $407,666.61. For the reasons set forth on the record during the Final Fairness Hearing, the Court awards Settlement Class Counsel

the amount of $ 407,666.61 for reimbursement of expenses, to be paid from the Settlement Fund in accord with the Terms of the Settlement Agreement.

    3.    Plaintiffs have also requested Case Contribution Awards of $5,000 in recognition of their time and effort spent in litigating this case on behalf of the Settlement Class. The Court awards Plaintiffs service awards in the amount of $5,000 each, to be paid from the Settlement Fund and distributed in accordance with the terms of the Settlement Agreement.

    4.    In the event the Effective Date does not occur, this Order shall be rendered null and void and shall be vacated and, in such event, as provided in the Settlement Agreement, this Order shall be vacated and null and void.

    So ordered.

Dated at Bridgeport, Connecticut, this 27th day of June 2018.

                                                      /s/ STEFAN R. UNDERHILL  
                                                      Stefan R. Underhill  
                                                      United States District Judge